BRUCE NYE, SBN 77608
GEORGES A. HADDAD, SBN 241785
ADAMS | NYE | BECHT | LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042
E-Mail:    bnye@adamsnye.com
           ghaddad@adamsnye.com

Attorneys for Defendant
WHIRLPOOL CORPORATION,
Individually and as Successor-in-Interest to
MAYTAG CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST AMERICAN SPECIALTY INSURANCE COMPANY, | NO. 15-cv-03953-EJD |
|---|---|
| Plaintiff, | **STIPULATION OF PARTIES DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST MAYTAG CORPORATION AND WHIRLPOOL CORPORATION** |
| vs. | |
| MAYTAG CORPORATION, WHIRLPOOL CORPORATION AND DOES 1-50, INCLUSIVE, | Santa Clara County Superior Court: No. 115CV282991 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to a confidential settlement agreement, Plaintiff First American Specialty Insurance Company and Defendants Whirlpool Corporation, individually and as successor in interest to Maytag Corporation through their respective and duly authorized counsel of record, hereby agree and stipulate to the dismissal with prejudice, each party to bear their own fees and costs for all claims asserted by Plaintiffs First American Specialty Insurance Company against Defendants Whirlpool Corporation, individually and as successor in interest to Maytag Corporation, Whirlpool Corporation, and Maytag Corporation in the above-captioned action, under the authority of Federal Rule of Civil Procedure 41(a).

///

///

Additionally, the parties have agreed that this Court shall retain jurisdiction to enforce the confidential settlement agreement between the parties.

DATED: December 3, 2015          Law Offices of Edward W. Hess, Jr.


                                 By:    /s/ Edward W. Hess Jr.
                                        EDWARD W. HESS, Jr.
                                        Attorneys for Plaintiff
                                        FIRST AMERICAN SPECIALTY INSURANCE
                                        COMPANY


DATED: December 3, 2015          ADAMS | NYE | BECHT | LLP


                                 By:    /s/ Georges A. Haddad
                                        BRUCE NYE
                                        GEORGES A. HADDAD
                                        Attorneys for Defendant
                                        WHIRLPOOL CORPORATION,
                                        Individually and as Successor-in-Interest to
                                        MAYTAG CORPORATION