1  BRUCE NYE, SBN 77608
   GEORGES A. HADDAD, SBN 241785
2  ADAMS | NYE | BECHT | LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
4  Facsimile:  (415) 982-2042
   E-Mail:     bnye@adamsnye.com
5              ghaddad@adamsnye.com

6  Attorneys for Defendant
   WHIRLPOOL CORPORATION,
7  Individually and as Successor-in-Interest to
   MAYTAG CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 FIRST AMERICAN SPECIALTY            NO. 15-cv-03953-EJD
   INSURANCE COMPANY,
13                                     **ORDER RE:**
                  Plaintiff,           **VOLUNTARY DISMISSAL, WITH**
14                                     **PREJUDICE OF ALL DEFENDANTS**
       vs.
15                                     Santa Clara County
   MAYTAG CORPORATION, WHIRLPOOL       Superior Court: No. 115CV282991
16 CORPORATION AND DOES 1-50,
   INCLUSIVE,
17
                  Defendants.
18

19     Pursuant to a confidential settlement agreement, the stipulation of the parties, and the parties

20 agreement as to this Court's retention of jurisdiction to enforce the confidential settlement agreement

21 reached, this Court shall expressly retain jurisdiction for the purpose of enforcing the settlement

22 agreement between the parties.  Subject to the foregoing conditions, it is hereby ordered that the

23 above-captioned matter is dismissed in its entirety as to all Defendants, with prejudice, each party to

24 ///

25 ///

26 ///

27 ///

28 ///

bear their own fees, costs and expenses if any.

The Clerk shall close this file.

DATED: 12/7/2015

By: _____
HONORABLE EDWARD J. DAVILA
JUDGE OF THE UNITED STATES
DISTRICT COURT